8 Madison Avenue, 2nd Floor 31-00 47th Avenue, Suite 3100
Valhalla, NY 10595 Long Island City, NY 11101
p 914.948.8044 F 914-948-8058

Alimonti Law Offices, P.C.

www.alony.com Reply to Valhalla Office: fpa@alony.com

January 6, 2022

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/7/2022

**(BY ECF)**
Hon. Barbara Moses
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 20A
New York, NY  10007-1312

 Re: *Odette Hemmings v. The Port Authority of*
 *New York & New Jersey, et al.*
 21 Civ. 09130 (ALC) (BCM)
 Our Ref: JB2008

Hon. Judge Moses:

We represent defendants The Port Authority of New York & New Jersey and JetBlue Airways Corporation in the above-entitled matter.

This letter motion is respectfully submitted to request that the in-person Initial Case Management Conference, scheduled for January 19, 2022 at 11am, be held virtually or telephonically, in view of COVID concerns and given both law firm's Westchester, New York locations.

We have conferred with Howard B. Stolzenberg, Esq., attorney for the plaintiff, and he joins in this request.

We will file our agreed proposed scheduling order shortly, and anticipate no issues therein, requiring Your Honor's attention.

Thank you for your kind consideration.

 Respectfully submitted

 *[signature]*

 Laurie E. Dallos
 (LED1944)

LED – Letter Motion
US Magistrate Judge Moses
P a g e | 2

cc: (VIA ECF)
Howard B. Stolzenberg, Esq.
Stolzenberg Cortelli, LLP
Attorneys for Plaintiff

> Application **GRANTED**.
>
> The conference scheduled for **January 19, 2022, at 11:00 am** will be held telephonically. The parties shall call (888) 557-8511 on their scheduled date, a few minutes before their scheduled time, and enter the access code 7746387. **SO ORDERED**.
>
> _____
> Barbara Moses
> United States Magistrate Judge
> January 7, 2022