

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ODETTE HEMMINGS,

        Plaintiff,

-against-

JETBLUE AIRWAYS CORPORATION, et al.,

        Defendants.

21-CV-9130 (ALC) (BCM)

**ORDER MODIFYING DISCOVERY SCHEDULE**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during today's telephonic conference, the initial case management order issued on January 19, 2022 (Dkt. No. 20) is modified as follows:

1. <u>Depositions and Additional Fact Discovery</u>. All remaining fact discovery, including depositions, shall be completed no later than **August 15, 2022**.

2. <u>Expert Discovery</u>. Disclosure of expert evidence, including the identities and written reports of experts, as required by Fed. R. Civ. P. 26(a)(2)(A), (B), or (C), shall be made no later than **September 19, 2022**. The disclosure of expert evidence intended solely to contradict or rebut expert evidence on the same subject matter disclosed by the opposing party shall be made no later than **October 17, 2022**. Depositions of experts shall be completed no later than **November 14, 2022**.

3. <u>Close of Discovery</u>. All discovery shall be completed no later than **November 14, 2022**.

4. <u>Status Conference</u>. Judge Moses will conduct a status conference on **August 11, 2022 at 11:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. No later than **August 8, 2022**, the parties shall submit a joint status letter outlining the progress of discovery to date, as well as any settlement efforts. If public health conditions so require and/or no discovery controversies exist at that time, the parties may request that the conference be held telephonically.

5. <u>Summary Judgment</u>. Summary judgment motions, if any (or, if required by the district judge, pre-motion conference letters with respect to summary judgment) shall be filed no later than **30 days after the close of discovery**. Summary judgment motion papers shall conform to the individual practices of the district judge.

Dated: New York, New York
      May 18, 2022       **SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**