8 Madison Avenue, 2nd Floor
Valhalla, NY 10595
p 914.948.8044

31-00 47th Avenue, Suite 3100
Long Island City, NY 11101
F 914-948-8058

Alimonti Law Offices, P.C.

**MEMO ENDORSED**

[www.alony.com](www.alony.com)

Reply to Valhalla Office: fpa@alony.com

August 10, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/10/2022

**(BY ECF)**
Hon. Barbara Moses
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 20A
New York, NY  10007-1312

Re.   *Odette Hemmings v. The Port Authority of New York & New Jersey, et al.*
21 Civ. 09130 (ALC) (BCM)
Our Ref: JB2008

Hon. Judge Moses:

We represent defendants The Port Authority of New York & New Jersey and JetBlue Airways Corporation in the above-entitled matter.

Since our last communication with the Court, we have been working to set a mediation date. The mediation is now confirmed for October 18, 2022, before Hon. Henry Pitman. Accordingly, we respectfully request that the in-person Status Conference, scheduled for August 11, 2022 at 11am, be adjourned pending the outcome of the Mediation. Alternatively, we request the status conference be held virtually or telephonically, in view of COVID concerns and given both law firm's Westchester, New York locations.

We have conferred with Noah Mittman, Esq. one of plaintiff's attorneys and he joins in this request.

As per Your Honor's directive (Doc. 26), we will file a proposed revised discovery schedule, taking the recently-scheduled mediation into account, by this Friday, August 12th.

Thank you for your kind consideration.

Respectfully submitted

Laurie E. Dallos
(LED1944)

LED – Letter Motion
US Magistrate Judge Moses
P a g e | 2

cc: (VIA ECF)

Howard B. Stolzenberg, Esq.
Noah Mittman, Esq.
Stolzenberg Cortelli, LLP
Attorneys for Plaintiff

Application GRANTED to the extent that the the status conference scheduled for **August 11, 2022** at **11:00 a.m.** will take place telephonically. A few minutes before the time of the conference, the parties are to dial **(888) 557-8511** and enter the access code: **7746387.** Please treat the teleconference as you would treat a public court appearance. The Court notes that under the current discovery schedule (Dkt. 24), all remaining fact discovery shall be completed no later than August 15, 2022. SO ORDERED.

_____
BARBARA MOSES
United States Magistrate Judge
August 10, 2022