UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ODETTE HEMMINGS, | |
|       Plaintiff, | 21-CV- 9130 (ALC) (BCM) |
| -against- | **ORDER FURTHER MODIFYING DISCOVERY SCHEDULE** |
| JETBLUE AIRWAYS CORPORATION, et al., | |
|       Defendants. | |

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated in the parties' status letter, dated November 12, 2022 (Dkt. 38), the Order Further Modifying Discovery Schedule issued on September 29, 2022 is further modified as follows:

1. <u>Written Discovery</u>. Written fact discovery shall be completed no later than **February 15, 2023**.

2. <u>Depositions and Additional Fact Discovery</u>. All remaining fact discovery, including depositions, shall be completed no later than **March 17, 2023**.

3. <u>Expert Discovery</u>. Disclosure of expert evidence, including the identities and written reports of experts, as required by Fed. R. Civ. P. 26(a)(2)(A), (B), or (C), shall be made no later than **May 12, 2023**. The disclosure of expert evidence intended solely to contradict or rebut expert evidence on the same subject matter disclosed by the opposing party shall be made no later than **May 12, 2023**. Depositions of experts shall be completed no later than **July 28, 2023**.

4. <u>Close of Discovery</u>. All discovery shall be completed no later than **July 28, 2023**.

5. <u>Timely Discovery</u>. Discovery requests and notices must be served in time to allow the person served to respond, on the schedule set forth in the Federal Rules of Civil Procedure, prior to the completion date for such discovery set forth above. Discovery applications, including letter-motions requesting discovery conferences, must be made promptly after the need for such an application arises and must comply with Local Civil Rule 37.2 and § 2(b) of Judge Moses's Individual Practices. Absent extraordinary circumstances, discovery applications made later than 30 days prior to the close of discovery may be denied as untimely.

6. <u>Status Conference</u>. Judge Moses will conduct a status conference on **February 16, 2023 at 11:00 a.m.** No later than **February 9, 2023**, the parties shall submit a joint status letter outlining the progress of discovery to date, as well as any settlement efforts. If public health conditions so require and/or no discovery controversies exist at that time, the parties may request that the conference be held telephonically.

All remaining provisions of the Initial Case Management Order, dated January 19, 2022 (Dkt. 20), remain in effect. Since this is the fourth modification to the Initial Case Management Order, **no further extensions shall be granted absent compelling circumstances**.

Dated: New York, New York
November 15, 2022

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**