```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

ODETTE HEMMINGS,

           Plaintiff,

   -against-

JETBLUE AIRWAYS CORPORATION, et al.,

           Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/16/2023
```

21-CV- 9130 (ALC) (BCM)

**ORDER FURTHER MODIFYING DISCOVERY SCHEDULE**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated during today's status conference, the Order Further Modifying Discovery Schedule issued on November 15, 2022 is again modified as follows:

1. <u>Outstanding Discovery</u>. With regard to the specific discovery items discussed during the conference, the parties shall promptly, cooperatively, and in good faith undertake all reasonable steps to exchange or obtain the necessary documents and data.

2. <u>Depositions and Additional Fact Discovery</u>. All remaining fact discovery, including depositions, shall be completed no later than **June 16, 2023**.

3. <u>Expert Discovery</u>. Disclosure of expert evidence, including the identities and written reports of experts, as required by Fed. R. Civ. P. 26(a)(2)(A), (B), or (C), shall be made no later than **August 11, 2023**. The disclosure of expert evidence intended solely to contradict or rebut expert evidence on the same subject matter disclosed by the opposing party shall be made no later than **September 15, 2023**. Depositions of experts shall be completed no later than **October 27, 2023**.

4. <u>Close of Discovery</u>. All discovery shall be completed no later than **October 27, 2023**.

5. <u>Status Conference</u>. Judge Moses will conduct a status conference on **May 30, 2023, at 10:00 a.m.** No later than **May 23, 2023**, the parties shall submit a joint status letter outlining the progress of discovery to date, as well as any settlement efforts. If public health conditions so require and/or no discovery controversies exist at that time, the parties may request that the conference be held telephonically.

All remaining provisions of the Initial Case Management Order, dated January 19, 2022 (Dkt. 20), remain in effect. Since this is the fifth modification to the Initial Case Management Order and represents a substantial (3 month) enlargement of time, **no further extensions shall be granted absent compelling circumstances**.

Dated: New York, New York
February 16, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**