```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/30/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ODETTE HEMMINGS,

           Plaintiff,

   -against-

JETBLUE AIRWAYS CORPORATION, et al.,

           Defendants.

21-CV-9130 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed on the record during today's status conference, it is hereby

ORDERED that:

1.    <u>Stipulation</u>. Defendants reconfirmed their offer, made in the parties' preconference letter (Dkt. 45, at 4), that they "would not contest liability and proceed only with the issue[s] of damages, causation, and comparative fault." No later than **June 2, 2023**, the parties shall either file a joint stipulation to that effect or explain, in writing, why they have not done so.

2.    <u>Deposition</u>. No later than **June 16, 2023** (the current close of fact discovery), plaintiff shall take the deposition of Erik Espinosa regarding JetBlue's video evidence.

3.    <u>Mediation</u>. The parties report that they are in the process of scheduling a mediation through JAMS. Once they have secured a date for the mediation, the parties may request, and the Court will entertain, a *limited* and *concrete* extension of the remaining discovery deadlines.

Dated: New York, New York
       May 30, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**