UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/16/2023
```

ODETTE HEMMINGS,

            Plaintiff,

    -against-

JETBLUE AIRWAYS CORPORATION, et al.,

           Defendants.

21-CV- 9130 (ALC) (BCM)

**ORDER FURTHER MODIFYING DISCOVERY SCHEDULE**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court is in receipt of the parties' letter jointly proposing revisions to the discovery schedule. (Dkt. 52-1.) The proposed revisions are accepted for the most part. The fifth revised order modifying the discovery schedule (Dkt. 42) is therefore again modified as follows:

1. <u>Mediation</u>. The parties have agreed to mediate this case. The mediation is scheduled for July 7, 2023.

2. <u>Outstanding Discovery</u>. All remaining fact discovery, including depositions, shall be completed no later than **September 1, 2023**.

    a. Nothing herein permits the parties to delay the deposition of Erik Espinosa. *See* Dkt. 47 ¶ 2.

3. <u>Expert Discovery</u>. Disclosure of expert evidence, including the identities and written reports of experts, as required by Fed. R. Civ. P. 26(a)(2)(A), (B), or (C), shall be made no later than **October 2, 2023**. The disclosure of expert evidence intended solely to contradict or rebut expert evidence on the same subject matter disclosed by the opposing party shall be made no later than **October 23, 2023**. Depositions of experts shall be completed no later than **November 30, 2023**.

4. <u>Close of Discovery</u>. All discovery shall be completed no later than **November 30, 2023**.

5. <u>Status Conference</u>. Judge Moses will conduct a status conference on **May 30, 2023, at 10:00 a.m.** No later than **May 23, 2023**, the parties shall submit a joint status letter outlining the progress of discovery to date, as well as any settlement efforts. If public health conditions so require and/or no discovery controversies exist at that time, the parties may request that the conference be held telephonically.

All applicable provisions of the Initial Case Management Order, dated January 19, 2022 (Dkt. 20) remain in effect. **No further extensions will be granted absent compelling circumstances.**

Dated: New York, New York
           June 16, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**