USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/11/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**HEMMINGS,**

                **Plaintiff,**

-against-

**JETBLUE AIRWAYS CORPORATION ET AL.,**

                **Defendants.**

**21-cv-09130 (ALC) (BCM)**

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within **sixty days.** If the parties require an extension beyond the sixty days, they may file a letter addressed to the Court at a later date.

**SO ORDERED.**

Dated:    July 11, 2023
             New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**